UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Ankur Gupta, Plaintiff**

vs.

**United States Citizenship and Immigration Services (USCIS), James R. McHenry III, Attorney General of the United States, Jennifer Higgins, Director of USCIS, Kristi Noem, Secretary of the Department of Homeland Security, Danielle R. Sassoon, United States Attorney for the Southern District of New York, Defendants.**

**Case No.:** 25 CV 00761

## MOTION TO DISMISS

**Plaintiff, Ankur Gupta,** hereby moves to dismiss this case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved his and dependent's I-485 Application to Register Permanent Residence or Adjust Status, rendering the matter moot.

**In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed a Petition for Writ of Mandamus to compel USCIS to adjudicate his and dependent's I-485 application due to an unreasonable delay.

2. USCIS has since approved Plaintiff's I-485 application, resolving the issue that led to the filing of this case.

3. As the relief sought has been granted, there is no longer a need for the court's intervention.

4. Therefore, Plaintiff respectfully requests that this Honorable Court dismiss this case as moot.

**Respectfully submitted,**

*[signature]*

Ankur Gupta
50 E 28th St Apt 15E
New York, NY 10016
ankurgupta.me@gmail.com
646-896-9913

Date: 02/11/25

---

So ordered.
The Clerk of Court is directed to close this case.
Dated: 2/13/2025

*[signature]*

J. PAUL OETKEN
United States District Judge